UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

UNITED STATES OF AMERICA,

-v-

FRANK DIPASCALI, JR.,

                Defendant.

No. 09 Cr. 764 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the request of counsel for Defendant, the conference previously scheduled for Tuesday, October 27, 2009 at 4:00 p.m. is adjourned to Wednesday, October 28, 2009 at 4:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. In order to provide notice to the victims in this case, it is further ordered that the United States Attorney's Office for the Southern District of New York post a copy of this order on its website at http://www.usdoj.gov/usao/nys on the separate page for *United States v. Bernard L. Madoff* and related cases. It is further ordered that the government shall submit a letter to the Court, to be *received* no later than Friday, October 23, 2009, advising the Court of which victims, if any, wish to address the Court in connection with the above-referenced motion.

SO ORDERED.

Dated:     October 20, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE