USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANK DIPASCALI, JR.,

                Defendant.

No. 09 Cr. 764 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is instructed to docket the attached letter.

SO ORDERED.

Dated:      October 23, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

**Subject:** Frank Depascali Bail Hearing
**From:** time2larry <time2larry@aol.com>
**Date:** Thu, 22 Oct 2009 23:02:51 -0500
**To:** sullivannysdchambers@nysd.uscourts.gov

Dear Judge Sullivan,

I am not the type of man that believes in revenge or hurting others in any way. However Mr Depascali who I have spoken on the phone with has committed a very evil crime. Everybody in my life has lost everything including myself. I saw 40 years of work go up in smoke on December 11 ( My IRA and my personal money totaling 8 million dollars). I was a Madoff client for over 30 years. I put my trust and my life into them and they violated that is the worst possible way. Mr Depascali was the INSTRUMENT for taking my life away. I have now received a life sentence at 59 years old and did nothing wrong. Mr Depascali gave me that sentence on December 11, 2008. I had no chance to get my life in order and why should he? It feels like the entire system failed me and the others so we are hoping that you do not let it fail us in your court room.

There is absolutely no reason to let him out on bail. Whatever he was going to tell the authorities he should have dome so. Why would you let him BLACK MAIL the authorities with information he may have. As far as I am concerned keeping him in jail next year before his sentencing should be enough for him to cooperate. But understand one thing...Whatever he tells the authorities will not help the victims in any way. Why torment us any more by letting him out on bail. he committed the crime and now it is his time to pay.

I also think he is a terrible flight risk even though his family put up all their assets for bail <u>THOSE ASSETS WERE PURCHASED WITH OUR MONEY SO WHY SHOULD THEY BE ALLOWED TO USE THEM FOR BAIL OR EVEN KEEP THEM.</u>

Please do not let justice fail us once more. Deny Bail and lets move on.


Regards,
Laurence Leif