**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        v.

09 Crim. 764 (RJS)

FRANK DIPASCALI, JR.,

        Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David A. Shargel of the law firm Bracewell & Giuliani

LLP, an attorney duly admitted to practice before this Court, hereby appears in the above-

captioned action as counsel for defendant Frank DiPascali, Jr.

Dated: New York, New York
       May 30, 2013

                Respectfully submitted,

                By: /s/ David A. Shargel
                    David A. Shargel
                    BRACEWELL & GIULIANI LLP
                    1251 Avenue of the Americas, 49th Floor
                    New York, NY 10020
                    Tel: (212) 508-6154
                    Fax: (212) 938-3854
                    E-mail: david.shargel@bgllp.com

                    *Attorneys for Defendant*
                    *Frank DiPascali, Jr.*