

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-2015

**BY FACSIMILE AND BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Frank DiPascali**, 09 Cr. 764 (LTS)

Dear Judge Swain:

The Government respectfully requests that the Court authorize the Federal Bureau of Investigation ("FBI") to dispose of a firearm recovered in connection with the arrest of Frank DiPascali. The FBI requires a court order before it can destroy any firearms.

The firearm is a black Astra handgun with serial number 261769 and an associated magazine. The FBI has determined that the firearm was not used in any crime and will not provide useful evidence in the investigation in which it was recovered.

Mr. DiPascali's counsel in this case consents to this request.

Very truly yours,

PREET BHARARA
United States Attorney

by: /s/ David M. Abramowicz
David M. Abramowicz
Assistant United States Attorney
(212) 637-6525

cc: Defense Counsel (by ECF)

The requested authorization is granted.
SO ORDERED:

_____ 7/17/15
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK